UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

UNITED STATES OF AMERICA, )
)
Plaintiff, )   2:02-CR-567-RCJ-LRL
)
vs. )
)
LORI (BLAKE) SWEARINGEN )
)
Defendant. )



## ORDER

The matter before the court is to clarify the order of restitution previously entered as part of the Judgment in a Criminal Case (#127) on October 14, 2004.  Upon further review of the restitution order in this matter, the specifics needed to complete the order of restitution were not made a part of the Judgment.  Therefore, good cause appearing,

**IT IS ORDERED** that the defendant shall make restitution to the following payee(s) listed below:

Name of Payee: US BANK
Amount of Restitution: $25,234.29

Name of Payee: BANK ONE
Amount of Restitution: $230,000.00

**Total Amount of Restitution ordered:  $255,234.29****
**Joint and Several with Sheron Sciara, Rosalinda Falcone and Richard Gutierrez

Dated this ___14___ day of December, 2016.

_____
UNITED STATES DISTRICT JUDGE